**Allen Columbus RICE, Appellant,**

**v.**

**The STATE of Texas, Appellee.**

**No. 28172.**

Court of Criminal Appeals of Texas.

March 21, 1956.

No attorney on appeal, for appellant.

Leon B. Douglas, State's Atty., Austin, for the State.

PER CURIAM.

The conviction is for unlawfully selling intoxicating liquor in a dry area; the punishment assessed is a fine of $100.

The record on appeal contains no statement of facts or bills of exception. All proceedings appear to be regular, and nothing is presented for review.

The judgment is affirmed.